FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 12 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

THE ANNUITY PENSION, WELFARE, and TRAINING
FUNDS of the INTERNATIONAL UNION of
OPERATING ENGINEERS, LOCAL 14-14B, AFL-CIO
by its TRUSTEES,

                                Plaintiffs,

-against-

SARAMAC INTERNATIONAL, INC.,

                                Defendant.

---------------------------------------------------------------- X

10-CV-3051 (ARR)(SMG)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated June 16, 2011 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court grants plaintiffs' motion for a default judgment and awards damages in the amount of $15,230.80, comprised of $12,328.80 in unpaid contributions and $2,902.00 in attorney's fees and costs; $2,049.35 in interest on unpaid contributions through May 27, 2010; additional interest on the principal sum of $12,328.80 at the rate of 6% per annum beginning

1

from May 28, 2010 to the date of judgment; and liquidated damages in an amount equal to the total amount of interest, to be calculated by the Clerk of Court at the time of judgment.

Plaintiffs are directed to serve a copy of this order upon defendant at its last known address and to file proof of service with the court.

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: July 7, 2011
 Brooklyn, New York